UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE                                      )
                                           )
PIERPORT DEVELOPMENT & REALTY, INC.        )    No. 12 B 09546
                                           )
        Debtor.                            )

## FINAL OPINION AND ORDER ON FIRST FEE APPLICATION BY FRANK GECKER LLP

For reasons stated in the Objection filed by Bricklayers Union, and below, the balance of the Fee Application is to be paid or disallowed:

### Disallowed Work

The 13.6 hours giving rise to request of $7,344 to prepare and present the fee application comprises over 5% of the application. In experience of the undersigned, a well organized experienced bankruptcy law firm is able to record and collate information in necessary categories as work progresses and therefore can keep its charges for fee preparation down to 3% of the total sought (in this case $4335 compared to the $7,344). The Objection sought is therefore sustained partially so as to reduce that part of the Application by $2,000.

Additional reductions below reflect objections based on the fact that Messrs. Frank and Krohn have equal experience and it was not shown that Frank had to review and duplicate all of Krohn's work.

### Additional Reductions

| Pages of Exhibit A to Application | Date | Task(s) | Time/Amount of Frank Disallowed as Unnecessary |
|---|---|---|---|
| 9 | 06/21/12 | Review/revise Krohn's work | .5 hr |
| 13 | 07/31/12 | Two lawyers attended settlement conference and meeting with Trustee | 2.10 hrs |
| 16-17 | 09/13-14/12 10/01/12 | Frank reviewed all of Krohn's settlement accounts - 3.10 hrs | 1.5 hrs |

| | | | |
|---|---|---|---|
| 18 | 10/18/12 | Frank review of Krohn's work - .7 hrs | .3 hrs |
| 19 | 11/01/12 | Frank's review of Krohn's work - .7 hrs | .3 hrs |

**Total Frank's time - 4.7 hrs**

| Pages of Exhibit A to Application | Date | Task(s) | Time/Amount of Krohn Disallowed as Unnecessary |
|---|---|---|---|
| 12 | 07/06/12 | Krohn drafted Complaint which was not filed | 4.5 hrs (did not fully benefit estate) |
| 13 | 07/27/12 07/30/12 | More work on unfiled Complaint | 9.2 hrs (did not fully benefit estate) |
| 14 | 08/17/12 | Work on unfiled Complaint | 1.8 hrs (did not fully benefit estate) |
| 15 | 08/20/12 | More work on Verified Complaint | 1.3 hrs (did not fully benefit estate) |
| 19 | 11/02/12 | Preparation for hearing on settlement on motion that he had earlier prepared - 4.2 hours | 2.1 hrs (excessive preparation time) |

**Total Krohn's time - 18.9 hrs**

However, time of 4 hours is allowed for preparation of Complaint as a negotiating tool. Balance of 14.9 hours is disallowed.

For reasons stated in Response filed to that Objection, objections to other tasks are overruled. Some consultation between lawyers is necessary and careful scrutiny of facts bought in by Union lawyers was reasonably believed necessary.

### Work Allowed Over Objection

Rates charged by Debtor's lawyers were challenged, but no offer was made to produce evidence justifying such challenge. It was represented that those billing rates used were ordinally billed for by the firm and paid by clients. In the absence of evidence to the contrary that supports the rates charged here.

While some duplicative work by attorneys Frank and Krohn have been disallowed, criticism of the selection of Frank to do some work although he is at a higher billing rate than Krohn is

misplaced. So long as the rate of compensation and the time not excessive or duplicated, the Court should not attempt to manage the law firm by selecting the appropriate lawyer for each task.

Other objections were adequately responded to by Debtor's counsel.

### Conclusion

The following reductions will be ordered for reasons given:

| | |
|---|---|
| Deduction of work on Fee Application | $2,000.00 |
| Frank's time disallowed 4.7 hours @ $675/hour | $3,172.50 |
| Krohn's time disallowed 14.9 hours @ $425/hour | $6332.50 |
| **TOTAL DISALLOWED** | **$11,505.00** |

The balance sought and additional amount allowed is calculated as follows:

| | |
|---|---|
| Total sought for fees | $134,591.00 |
| Expenses requested | $ 1,385.68 |
| TOTAL | $135,976.68 |
| Less Allowed fees by Interim Order Dated June 21, 2013 | ($111,385.68) |
| TOTAL | $ 24,591.00 |
| Total deduction as per this Opinion | ($11,505.00) |
| **Balance due allowed by this Opinion and Order** | **$13,086.00** |

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 8th day of July 2013