# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
PIERPORT DEVELOPMENT & REALTY, INC. §   Case No. 12-09546
§
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/12/2012 . The undersigned trustee was appointed on 03/12/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 325,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 30,350.00 |
| Administrative expenses | | 137,416.57 |
| Bank service fees | | 4,546.01 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 152,687.42 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  09/21/2012  and the deadline for filing governmental claims was  09/21/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 19,500.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 12,500.00  as interim compensation and now requests a sum of $ 7,000.00 , for a total compensation of $ 19,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 89.28 , and now requests reimbursement for expenses of $ 138.05 , for total expenses of $ 227.33 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/17/2015                    By:/s/BARRY A. CHATZ
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 12-09546 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | PIERPORT DEVELOPMENT & REALTY, INC. | | | | Date Filed (f) or Converted (c): | 03/12/2012 (f) |
| | | | | | 341(a) Meeting Date: | 05/07/2012 |
| For Period Ending: | 09/17/2015 | | | | Claims Bar Date: | 09/21/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. JP Morgan Chase Account 7138 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Accounts Receivable | 450.00 | 450.00 | | 0.00 | FA |
| 3. Accounts Receivable | 44,942.92 | 44,942.92 | | 0.00 | FA |
| 4. Accounts Receivable | 12,487.29 | 12,487.29 | | 0.00 | FA |
| 5. Accounts Receivable | 5,371.56 | 5,371.56 | | 0.00 | FA |
| 6. Contingent Claims | 0.00 | 0.00 | | 0.00 | FA |
| 7. Contingent Claims | 0.00 | 0.00 | | 0.00 | FA |
| 8. Contingent Claims | 0.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles - 2009 Chevolet Silverado | 25,000.00 | 0.00 | | 0.00 | FA |
| 10. Vehicles - 2010 Chevrolet Colorado | 11,000.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles - 2010 Ford F250 | 21,000.00 | 0.00 | | 0.00 | FA |
| 12. Machinery and Supplies | 0.00 | 0.00 | | 0.00 | FA |
| 13. Machinery and Supplies | 0.00 | 0.00 | | 0.00 | FA |
| 14. Other Miscellaneous | 0.00 | 0.00 | | 0.00 | FA |
| 15. PREFERENCE SETTLEMENT (u) | 0.00 | 325,000.00 | | 325,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $120,251.77    $388,251.77    $325,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee awaiting final settlement payment of $25,000 due 7/18/15; upon receipt, final income tax returns will be prepared and TFR will be prepared and submitted to UST for approval

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Page: 2

Case 12-09546    Doc 169    Filed 10/08/15    Entered 10/08/15 11:52:11    Desc Main
RE PROP #    15    --    PREFERENCE SETTLEMENT WITH ARENSON    Document    Page 4 of 16

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 12/31/2015     Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-09546 | Trustee Name: BARRY A. CHATZ |
| Case Name: PIERPORT DEVELOPMENT & REALTY, INC. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0482 |
| | Checking |
| Taxpayer ID No: XX-XXX9247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/17/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9250 | Transfer of Funds | 9999-000 | $152,687.42 | | $152,687.42 |

| | | |
|---|---|---|
| COLUMN TOTALS | $152,687.42 | $0.00 |
| Less: Bank Transfers/CD's | $152,687.42 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*        Page Subtotals:    $152,687.42    $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-09546 | Trustee Name: BARRY A. CHATZ |
| Case Name: PIERPORT DEVELOPMENT & REALTY, INC. | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX8282 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/17/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/13/13 | 15 | NEAL WOLF & ASSOCIATES | Wire into account 9/6/12 | 1241-000 | $25,000.00 | | $25,000.00 |
| 02/13/13 | 15 | NEAL WOLF & ASSOCIATES, LLC | Wire transfer into account 9/13/12 | 1241-000 | $25,000.00 | | $50,000.00 |
| 02/13/13 | 15 | CHICAGO ENERGY INVESTMENTS | | 1241-000 | $150,000.00 | | $200,000.00 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | $200,000.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $200,000.00 | $200,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $200,000.00 |
| Subtotal | $200,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $200,000.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 6)*        Page Subtotals:        $200,000.00        $200,000.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 12-09546 | Trustee Name: BARRY A. CHATZ |
| Case Name: PIERPORT DEVELOPMENT & REALTY, INC. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9250 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/17/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $200,000.00 | | $200,000.00 |
| 02/21/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $169.47 | $199,830.53 |
| 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $95.89 | $199,734.64 |
| 03/26/13 | 300002 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | TRUSTEE COMPENSATION PURSUANT TO 3/26/13 COURT ORDER | | | $12,589.28 | $187,145.36 |
| | | BARRY A. CHATZ, TRUSTEE | TRUSTEE COMPENSATION  $0.00 | 2200-000 | | | |
| | | CHATZ, BARRY A. | ($12,500.00) | 2100-000 | | | |
| | | CHATZ, BARRY A. | ($89.28) | 2200-000 | | | |
| 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $293.91 | $186,851.45 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $268.82 | $186,582.63 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $277.40 | $186,305.23 |
| 06/24/13 | 300003 | FRANKGECKER LLP | ATTORNEY FOR TRUSTEE PURSUANT TO COURT ORDER ENTERED 6/21/13 $110,000.00 (FEES) $1,385.68 (EXPENSES) | 3210-000 | | $110,000.00 | $76,305.23 |
| 06/24/13 | 300004 | FRANKGECKER LLP | EXPENSES PURSUANT TO COURT ORDER ENTERED 6/21/13 $110,000 (FEES) $1,385.69 (EXPENSES) | 3220-000 | | $1,385.68 | $74,919.55 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $252.03 | $74,667.52 |
| 07/10/13 | 300005 | FRANK/GECKER LLP | ATTORNEY FOR TRUSTEE PURSUANT TO 7/8/13 COURT ORDER | 3210-000 | | $13,086.00 | $61,581.52 |

| | | | | |
|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) (Page: 7) | | Page Subtotals: | $200,000.00 | $138,418.48 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 12-09546 | Trustee Name: | BARRY A. CHATZ |
| Case Name: PIERPORT DEVELOPMENT & REALTY, INC. | Bank Name: | The Bank of New York Mellon |
| | Account Number/CD#: | XXXXXX9250 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX9247 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 09/17/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $100.40 | $61,481.12 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $91.41 | $61,389.71 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $88.34 | $61,301.37 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $91.14 | $61,210.23 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $88.07 | $61,122.16 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $90.87 | $61,031.29 |
| 01/17/14 | 15 | CHICAGO ENERGY INVESTMENTS 1900 N. AUSTIN AVENUECHICAGO, IL 60639-5010 | PREFERENCE SETTLEMENT | 1241-000 | $50,000.00 | | $111,031.29 |
| 02/03/14 | 300006 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $91.42 | $110,939.87 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $117.11 | $110,822.76 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $148.85 | $110,673.91 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $164.54 | $110,509.37 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $159.00 | $110,350.37 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $164.06 | $110,186.31 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $158.53 | $110,027.78 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $163.59 | $109,864.19 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $163.34 | $109,700.85 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*            Page Subtotals:                $50,000.00         $1,880.67

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 12-09546 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | PIERPORT DEVELOPMENT & REALTY, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number/CD#: | XXXXXX9250 Checking Account |
| Taxpayer ID No: | XX-XXX9247 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/17/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/14 | 300007 | DOWD, BLOCH, BENNETT & CERVONE CLIENT TRUST ACCOUNT C/O JOSIAH A. GROFF 8 SOUTH MICHIGAN AVE, 19TH FLOOR CHICAGO, IL 60603 | SECURED CLAIM PER 9/23/14 COURT ORDER | 4210-000 | | $30,350.00 | $79,350.85 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $157.84 | $79,193.01 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $127.94 | $79,065.07 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $113.76 | $78,951.31 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $117.37 | $78,833.94 |
| 01/23/15 | 15 | CHICAGO ENERGY INVESTMENTS 1900 N. AUSTIN AVENUE CHICAGO, IL 60639-5010 | PREFERENCE SETTLEMENT | 1241-000 | $50,000.00 | | $128,833.94 |
| 02/04/15 | 300008 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $94.72 | $128,739.22 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $129.20 | $128,610.02 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $172.79 | $128,437.23 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $190.94 | $128,246.29 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $184.52 | $128,061.77 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $190.39 | $127,871.38 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $183.96 | $127,687.42 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                    Page Subtotals:                $50,000.00        $32,013.43

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-09546 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | PIERPORT DEVELOPMENT & REALTY, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX9250 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX9247 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/17/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/20/15 | 15 | CHICAGO ENERGY INVESTMENTS<br>1900 N. AUSTIN AVENUE<br>CHICAGO, IL 60639-5010 | PREFERENCE SETTLEMENT | 1241-000 | $25,000.00 | | $152,687.42 |
| 08/21/15 | | Transfer to Acct # xxxxxx0482 | Transfer of Funds | 9999-000 | | $152,687.42 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $325,000.00 | $325,000.00 |
| Less: Bank Transfers/CD's | $200,000.00 | $152,687.42 |
| Subtotal | $125,000.00 | $172,312.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $125,000.00 | $172,312.58 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*   Page Subtotals:   $25,000.00   $152,687.42

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0482 - Checking | $0.00 | $0.00 | $152,687.42 |
| XXXXXX8282 - Checking Account | $200,000.00 | $0.00 | $0.00 |
| XXXXXX9250 - Checking Account | $125,000.00 | $172,312.58 | $0.00 |
| | $325,000.00 | $172,312.58 | $152,687.42 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $325,000.00 |
| Total Gross Receipts: | $325,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-09546-JBS  
Debtor Name: PIERPORT DEVELOPMENT & REALTY, INC.  
Claims Bar Date: 9/21/2012  

Date: September 17, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $7,000.00 | $7,000.00 |
| 100 2200 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $227.33 | $227.33 |
| 100 3210 | FRANKGECKER LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $159,601.00 | $159,601.00 |
| 100 3220 | FRANKGECKER LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $1,528.25 | $1,528.25 |
| BOND 999 2300 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $260.89 | $260.89 |
| 100 3410 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207 | Administrative | | $0.00 | $2,196.50 | $2,196.50 |
| 4 50 4210 | FORD MOTOR CREDIT COMPANY LLC<br>P O BOX 6275<br>DEARBORN, MI 48121 | Secured | | $0.00 | $21,348.80 | $0.00 |
| 6B 50 4210 | ADMINISTRATIVE DISTRICT COUNCIL 1 O<br>INT'L UNION BRICKLAYERS & CRAFTWORKERS<br>JOSIAH GROFF / DOWD, BLOCH & BENNETT<br>8 S. MICHIGAN AVENUE, 19TH FLOOR<br>CHICAGO, IL 60603 | Secured | | $0.00 | $30,350.00 | $30,350.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-09546-JBS  
Debtor Name: PIERPORT DEVELOPMENT & REALTY, INC.  
Claims Bar Date: 9/21/2012  
Date: September 17, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 70 7100 | SCHMALL & ASSOCIATES<br>134 N LASALLE, STE 1924<br>CHICAGO, IL  60602 | Unsecured | | $0.00 | $2,725.00 | $2,725.00 |
| 2 70 7100 | JACKSON LEWIS LLP<br>1 N. BROADWAY<br>WHITE PLAINS, NY  10601 | Unsecured | | $0.00 | $9,888.18 | $9,888.18 |
| 3 70 7100 | NATE BERKUS ASSOCIATES, INC<br>CHAD W MAIN<br>MECKLER, BULGER & TILSON ET AL<br>123 N. WACKER DRIVE, SUITE 1800<br>CHICAGO, IL  60606 | Unsecured | Extended Check Description Notes from conversion: NAME (06/28/2012) | $0.00 | $30,000.00 | $30,000.00 |
| 5 70 7100 | TRAVELERS CASUALTY AND SURETY COMPA<br>HINSHAW & CULBERTSON,<br>C/O JOHN SEBASTIAN<br>222 N. LASALLE ST., SUITE 300<br>CHICAGO, IL  60601 | Unsecured | Extended Check Description Notes from conversion: CONTRACT/INDEMNITY/SURETY(5-2) CONTRACT/INDEMNITY/SURETY | $0.00 | $668,440.00 | $37,996.92 |
| 6A 70 7100 | ADMINISTRATIVE DISTRICT COUNCIL 1 O<br>INT'L UNION BRICKLAYERS & CRAFTWORKERS<br>JOSIAH GROFF / DOWD, BLOCH & BENNETT<br>8 S. MICHIGAN AVENUE, 19TH FLOOR<br>CHICAGO, IL  60603 | Unsecured | Extended Check Description Notes from conversion: CREDITOR'S NAME (MODIFIED ON 8/8/2012) | $0.00 | $224,526.32 | $224,526.32 |
| | Case Totals | | | $0.00 | $1,158,092.27 | $506,300.39 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-09546
Case Name: PIERPORT DEVELOPMENT & REALTY, INC.
Trustee Name: BARRY A. CHATZ

Balance on hand   $   152,687.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | FORD MOTOR CREDIT COMPANY LLC | $ 21,348.80 | $ 0.00 | $ 0.00 | $ 0.00 |
| 6B | ADMINISTRATIVE DISTRICT COUNCIL 1 O | $ 30,350.00 | $ 30,350.00 | $ 30,350.00 | $ 0.00 |

Total to be paid to secured creditors   $   0.00

Remaining Balance   $   152,687.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 19,500.00 | $ 12,500.00 | $ 7,000.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 227.33 | $ 89.28 | $ 138.05 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 159,601.00 | $ 123,086.00 | $ 36,515.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 1,528.25 | $ 1,385.68 | $ 142.57 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 2,196.50 | $ 0.00 | $ 2,196.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 260.89 | $ 260.89 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $ 45,992.12

    Remaining Balance      $ 106,695.30

    Applications for prior chapter fees and administrative expenses have been filed as follows:

    NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

    NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 305,136.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SCHMALL & ASSOCIATES | $ 2,725.00 | $ 0.00 | $ 952.84 |
| 2 | JACKSON LEWIS LLP | $ 9,888.18 | $ 0.00 | $ 3,457.54 |
| 3 | NATE BERKUS ASSOCIATES, INC | $ 30,000.00 | $ 0.00 | $ 10,489.93 |
| 5 | TRAVELERS CASUALTY AND SURETY COMPA | $ 37,996.92 | $ 0.00 | $ 13,286.16 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6A | ADMINISTRATIVE DISTRICT COUNCIL 1 O | $ 224,526.32 | $ 0.00 | $ 78,508.83 |
| | Total to be paid to timely general unsecured creditors | | | $ 106,695.30 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE