# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
PIERPORT DEVELOPMENT & REALTY, §     Case No. 12-09546
INC. §
§
       Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  219 S. Dearborn Street
                  Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, November 24, 2015 in Courtroom 682, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/17/2015                    By: /s/ Barry A. Chatz, Trustee
                                                                                     Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PIERPORT DEVELOPMENT & REALTY, § Case No. 12-09546
INC. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 325,000.00 |
| and approved disbursements of | $ 172,312.58 |
| leaving a balance on hand of[1] | $ 152,687.42 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | FORD MOTOR CREDIT COMPANY LLC | $ 21,348.80 | $ 0.00 | $ 0.00 | $ 0.00 |
| 6B | ADMINISTRATIVE DISTRICT COUNCIL 1 O | $ 30,350.00 | $ 30,350.00 | $ 30,350.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 152,687.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 19,500.00 | $ 12,500.00 | $ 7,000.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 227.33 | $ 89.28 | $ 138.05 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 159,601.00 | $ 123,086.00 | $ 36,515.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 1,528.25 | $ 1,385.68 | $ 142.57 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 2,196.50 | $ 0.00 | $ 2,196.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 260.89 | $ 260.89 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     45,992.12

Remaining Balance     $     106,695.30

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 305,136.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SCHMALL & ASSOCIATES | $ 2,725.00 | $ 0.00 | $ 952.84 |
| 2 | JACKSON LEWIS LLP | $ 9,888.18 | $ 0.00 | $ 3,457.54 |
| 3 | NATE BERKUS ASSOCIATES, INC | $ 30,000.00 | $ 0.00 | $ 10,489.93 |
| 5 | TRAVELERS CASUALTY AND SURETY COMPA | $ 37,996.92 | $ 0.00 | $ 13,286.16 |
| 6A | ADMINISTRATIVE DISTRICT COUNCIL 1 O | $ 224,526.32 | $ 0.00 | $ 78,508.83 |

Total to be paid to timely general unsecured creditors   $ 106,695.30

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

*BARRY A. CHATZ*

**UST Form 101-7-NFR (10/1/2010)** *(Page: 4)*

*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                         Case No. 12-09546-JBS
Pierport Development & Realty, Inc.                            Chapter 7
              Debtor           CERTIFICATE OF NOTICE
District/off: 0752-1          User: dross                 Page 1 of 3                  Date Rcvd: Oct 09, 2015
                              Form ID: pdf006             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2015.
db             +Pierport Development & Realty, Inc.,    1900 N. Austin Avenue,    Chicago, IL 60639-5010
18605287       +1900 Austin Ltd. Partnership /,    Chicago Energy Investments, Inc.,     1900 N. Austin Avenue,
                 Chicago, IL 60639-5013
18605288       +ADV, Inc.,    2015 Schumacher Road,    Naperville, IL 60540-1930
18605289       +ALG Masonry Inc.,    4419 Buckley Road,    Lisle, IL 60532-1309
19287962       +Administrative District Council 1 of Illinois,      Int'l Union Bricklayers & Craftworkers,
                 Josiah Groff / Dowd, Bloch & Bennett,     8 S. Michigan Avenue, 19th Floor,
                 Chicago, IL 60603-3357
18605293       +Austin 1900 Building Corp.,    1900 N. Austin Avenue,     Chicago, IL 60639-5013
18605294       +Austin 1900 Building LP,    1900 N. Austin Avenue,    Chicago, IL 60639-5013
18605295       +Bear Construction,    1501 Rohlwing Road,    Rolling Meadows, IL 60008-1336
18605296       +Cassidy Brothers,    441 S. County Line Road,    Franklin Park, IL 60131-1001
18605297       +Donna Harris,    c/o Robert Langendorf,    134 N. LaSalle #1515,    Chicago, IL 60602-1167
19239951      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,      P O Box 6275,
                 Dearborn, MI 48121)
18605298        Ford Motor Credit,    P.O. Box 64400,    Colorado Springs, CO 80962-4400
18605299       +Hogan Marren Ltd,    321 N. Clark,    Suite 1301,    Chicago, IL 60654-5202
18605301       +Illinois Attorney General,    100 W. Randolph 13-194,     Chicago, IL 60601-3220
18605300       +Illinois Attorney General,    500 S. Second Street,    Springfield, IL 62706-0001
18605302       +Illinois Department of Labor,    160 N. LaSalle Street #C-1300,     Chicago, IL 60601-3114
18605305       +International Union of,    Bricklayers & Allied Craftworkers,     660 N. Industrial Drive,
                 Elmhurst, IL 60126-1520
18605307      #+Janecyk Construction,    2307 W. 136th Street,    Blue Island, IL 60406-3233
18605308       +Kluever & Platt, LLC,    65 E. Wacker Place,    Suite 2300,    Chicago, IL 60601-7244
18605309       +Kralovec & Barakat PC,    111 W. Washington,    Suite 1435,    Chicago, IL 60602-2752
18605310       +LD Flooring Co.,    1354 Ridge Avenue,    Elk Grove Village, IL 60007-4627
18605311       +Loftus & Loftus,    646 Busse Highway,    Park Ridge, IL 60068-2502
18605314       +Nate Berkus Associates Inc,    406 N. Wood Street,    Chicago, IL 60622-6260
18605313       +Nate Berkus Associates, Inc,    Chad W Main,    Meckler, Bulger & Tilson et al,
                 123 N. Wacker Drive, Suite 1800,     Chicago, IL 60606-1770
18605315       +Newport Construction,    494 Congress Circle North,    Roselle, IL 60172-3904
18605316       +Richard Davis,    13120 S. 85th Avenue,    Orland Park, IL 60462-1402
18680210       +Richard Rainis,    13120 S 85th Avenue,    Orland Park, IL 60462-1402
18605318       +Skitch Electrical,    2585 Millennium Drive,    Elgin, IL 60124-7822
18605321       +TVS Mechanical,    1015 Lunt Avenue,    Schaumburg, IL 60193-4418
19281991       +Travelers Casualty and Surety Company of America,     c/o Kazlow & Fields LLC,
                 8100 Sandpiper Circle,    Suite 204,    Baltimore, MD 21236-4999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18605291        E-mail/Text: ally@ebn.phinsolutions.com Oct 09 2015 23:22:05      Ally,   P.O. Box 9001948,
                 Louisville, KY 40290-1948
18605303        E-mail/Text: rev.bankruptcy@illinois.gov Oct 09 2015 23:23:05
                 Illinois Department of Revenue,    Bankrutpcy Section,    100 W. Randolph Street,
                 Chicago, IL 60601
18605304       +E-mail/Text: cio.bncmail@irs.gov Oct 09 2015 23:22:29      Internal Revenue Service,
                 Bankruptcy Section,    P.O. Box 7346,    Philadelphia, PA 19101-7346
18605306       +E-mail/Text: epayments@jacksonlewis.com Oct 09 2015 23:23:47      Jackson Lewis LLP,
                 1 N. Broadway,    White Plains, NY 10601-2329
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18605290*      +ALG Masonry Inc.,    4419 Buckley Road,    Lisle, IL 60532-1309
18605292*       Ally,    P.O. Box 9001948,    Louisville, KY 40290-1948
18605312*      +Loftus & Loftus,    646 Busse Highway,    Park Ridge, IL 60068-2502
18605317     ##+Schmall & Associates,     134 N LaSalle, Ste 1924,    Chicago, IL 60602-1147
18605319     ##+Steven Ross,    1235 S. Prarie,    Suite 1109,    Chicago, IL 60605-3602
18605320     ##+Thomas Rosenberg Esq. Ltd,    1051 W. Belmont,    Chicago, IL 60657-3327
                                                                                  TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

Certificate of Notice   Page 7 of 8

```
District/off: 0752-1                  User: dross                      Page 2 of 3                   Date Rcvd: Oct 09, 2015
                                      Form ID: pdf006                  Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2015                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2015 at the address(es) listed below:

```
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
              Dean C Gramlich    on behalf of Plaintiff    Half Day Road Development, LLC
               dgramlich@nealwolflaw.com,  dwolski@muchshelist.com;sholstrom@muchshelist.com
              Dean C Gramlich    on behalf of Plaintiff    Pierport Construction, Inc. dgramlich@nealwolflaw.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Dean C Gramlich    on behalf of Plaintiff    Half Day Road Investments, LLC
               dgramlich@nealwolflaw.com,  dwolski@muchshelist.com;sholstrom@muchshelist.com
              Dean C Gramlich    on behalf of Plaintiff Peter  Arenson dgramlich@nealwolflaw.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Dean C Gramlich    on behalf of Plaintiff    1546 N. Mohawk, LLC dgramlich@nealwolflaw.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Dean C Gramlich    on behalf of Plaintiff    Austin 1900 Building Corp. dgramlich@nealwolflaw.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Dean C Gramlich    on behalf of Plaintiff    Chicago Energy Investments, Inc.
               dgramlich@nealwolflaw.com,  dwolski@muchshelist.com;sholstrom@muchshelist.com
              Dean C Gramlich    on behalf of Plaintiff    3416 N. Greenview, LLC dgramlich@nealwolflaw.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Dean C Gramlich    on behalf of Plaintiff    Arenson Management, Inc. dgramlich@nealwolflaw.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Dean C Gramlich    on behalf of Plaintiff    Residences on Schubert, LLC dgramlich@nealwolflaw.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Dean C Gramlich    on behalf of Plaintiff    Toledo 442 Building Corp. dgramlich@nealwolflaw.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Dean C Gramlich    on behalf of Plaintiff    Austin Fleet Services, Inc. dgramlich@nealwolflaw.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Dean C Gramlich    on behalf of Plaintiff    Chicago Go-Gen Energy, LLC dgramlich@nealwolflaw.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Eric S. Rein    on behalf of Creditor    Bear Construction Company rrein@hmblaw.com,
               dzic@hmblaw.com;ecfnotices@hmblaw.com
              George J. Spathis    on behalf of Creditor    Bear Construction Company gspathis@hmblaw.com,
               lvalenti@hmblaw.com,lmalone@hmblaw.com
              Ira P Goldberg    on behalf of Debtor    Pierport Development & Realty, Inc.
               igoldberg@dimontelaw.com,   jjarke@dimontelaw.com
              James M Philbrick    on behalf of Creditor    Ally Financial f/k/a GMAC jmphilbrick@att.net
              Jennifer J. Pomaranski    on behalf of Creditor    Nate Berkus Associates, Inc.
               jennifer.pomaranski@mbtlaw.com
              Joseph D Frank    on behalf of Trustee Barry A Chatz jfrank@fgllp.com,
               ccarpenter@fgllp.com;jkleinman@fgllp.com
              Joseph D Frank    on behalf of Defendant Barry A Chatz jfrank@fgllp.com,
               ccarpenter@fgllp.com;jkleinman@fgllp.com
              Josiah A Groff    on behalf of Creditor    Illinois District Council No. 1 of the International
               Union of Bricklayers and Allied Craftworkers, AFL-CIO efile@dbb-law.com,   JGroff@dbb-law.com
              Josiah A Groff    on behalf of Defendant    Administrative District Council 1 of Illinois of the
               International Union of Bricklayers and Allied Craftworkers, AFL-CIO efile@dbb-law.com,
               JGroff@dbb-law.com
              Julia Jensen Smolka    on behalf of Debtor    Pierport Development & Realty, Inc.
               jjensen@dimonteandlizak.com
              Micah R Krohn    on behalf of Defendant Barry A Chatz mkrohn@fgllp.com,
               ccarpenter@fgllp.com;csmith@fgllp.com
              Micah R Krohn    on behalf of Trustee Barry A Chatz mkrohn@fgllp.com,
               ccarpenter@fgllp.com;csmith@fgllp.com
              Neal L Wolf    on behalf of Plaintiff    Residences on Schubert, LLC nwolf@nealwolflaw.com,
               dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com
               ;fdosunmu@muchshelist.com;sholstrom@muchshelist.com
              Neal L Wolf    on behalf of Plaintiff    Half Day Road Development, LLC nwolf@nealwolflaw.com,
               dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com
               ;fdosunmu@muchshelist.com;sholstrom@muchshelist.com
```

```
District/off: 0752-1          User: dross              Page 3 of 3           Date Rcvd: Oct 09, 2015
                              Form ID: pdf006          Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Neal L Wolf    on behalf of Plaintiff Peter  Arenson nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com

          Neal L Wolf    on behalf of Plaintiff    Pierport Construction, Inc. nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com

          Neal L Wolf    on behalf of Plaintiff    Chicago Go-Gen Energy, LLC nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com

          Neal L Wolf    on behalf of Plaintiff    1546 N. Mohawk, LLC nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com

          Neal L Wolf    on behalf of Plaintiff    Austin Fleet Services, Inc. nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com

          Neal L Wolf    on behalf of Plaintiff    Toledo 442 Building Corp. nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com

          Neal L Wolf    on behalf of Plaintiff    Chicago Energy Investments, Inc. nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com

          Neal L Wolf    on behalf of Plaintiff    Arenson Management, Inc. nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com

          Neal L Wolf    on behalf of Plaintiff    Half Day Road Investments, LLC nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com

          Neal L Wolf    on behalf of Plaintiff    Austin 1900 Building Corp. nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com

          Neal L Wolf    on behalf of Plaintiff    3416 N. Greenview, LLC nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com

          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

          Robert A Langendorf    on behalf of Creditor Donna  Harris rlangendorf@comcast.net, pberenz@yahoo.com

                                                                                                  TOTAL: 42