UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
PIERPORT DEVELOPMENT & REALTY, §   Case No. 12-09546
INC. §
§
§
            Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 120,251.77                   Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 152,783.30   Claims Discharged
                                               Without Payment: NA

Total Expenses of Administration: 172,216.70

---

   3) Total gross receipts of $ 325,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 325,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 436,799.39 | $ 51,698.80 | $ 30,350.00 | $ 30,350.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 187,954.70 | 172,216.70 | 172,216.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,340.00 | 2,340.00 | 2,340.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 461,860.51 | 935,579.50 | 267,139.50 | 120,093.30 |
| **TOTAL DISBURSEMENTS** | $ 898,659.90 | $ 1,177,573.00 | $ 472,046.20 | $ 325,000.00 |

4) This case was originally filed under chapter 7 on 03/12/2012 . The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/02/2016　　　　　By: /s/BARRY A. CHATZ
　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE SETTLEMENT | 1241-000 | 325,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$325,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALG Masonry Inc. 4419 Buckley Road Lisle, IL 60532 | | 63,000.00 | NA | NA | 0.00 |
| | ALG Masonry Inc. 4419 Buckley Road Lisle, IL 60532 | | 26,780.00 | NA | NA | 0.00 |
| | Ally P.O. Box 9001948 Louisville, KY 40290-1948 | | 27,085.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally P.O. Box 9001948 Louisville, KY 40290-1948 | | 18,860.44 | NA | NA | 0.00 |
| | Ford Motor Credit P.O. Box 64400 Colorado Springs, CO 80962-4400 | | 22,538.77 | NA | NA | 0.00 |
| | International Union of Bricklayers & Allied Craftworkers 660 N. Industrial Drive Elmhurst, IL 60126 | | 278,534.84 | NA | NA | 0.00 |
| 6B | ADMINISTRATIVE DISTRICT COUNCIL 1 O | 4210-000 | NA | 30,350.00 | 30,350.00 | 30,350.00 |
| 4 | FORD MOTOR CREDIT COMPANY LLC | 4210-000 | NA | 21,348.80 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 436,799.39 | $ 51,698.80 | $ 30,350.00 | $ 30,350.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 19,500.00 | 19,500.00 | 19,500.00 |
| BARRY A. CHATZ | 2200-000 | NA | 227.33 | 227.33 | 227.33 |
| BARRY A. CHATZ, TRUSTEE | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Arthur B. Levine Company | 2300-000 | NA | 94.72 | 94.72 | 94.72 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 260.89 | 260.89 | 260.89 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 3,494.21 | 3,494.21 | 3,494.21 |
| The Bank of New York Mellon | 2600-000 | NA | 1,051.80 | 1,051.80 | 1,051.80 |
| FRANKGECKER LLP | 3210-000 | NA | 159,601.00 | 143,863.00 | 143,863.00 |
| FRANKGECKER LLP | 3220-000 | NA | 1,528.25 | 1,528.25 | 1,528.25 |
| POPOWCER KATTEN LTD. | 3410-000 | NA | 2,196.50 | 2,196.50 | 2,196.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 187,954.70 | $ 172,216.70 | $ 172,216.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Labor 160 N. LaSalle Street #C-1300 Chicago, IL 60601-3150 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue Bankrutpcy Section 100 W. Randolph Street Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Bankruptcy Section P.O. Box 7346 Philadelphia, PA 19101-7317 | | 0.00 | NA | NA | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | NA | 2,340.00 | 2,340.00 | 2,340.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 2,340.00 | $ 2,340.00 | $ 2,340.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADV, Inc. 2015 Schumacher Road Naperville, IL 60540 | | 108,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Austin 1900 Building Corp. 1900 N. Austin Avenue Chicago, IL 60639 | | 79,230.51 | NA | NA | 0.00 |
| | Austin 1900 Building LP 1900 N. Austin Avenue Chicago, IL 60639 | | 41,341.33 | NA | NA | 0.00 |
| | Bear Construction 1501 Rohlwing Road Rolling Meadows, IL 60008 | | 38,500.00 | NA | NA | 0.00 |
| | Cassidy Brothers 441 S. County Line Road Franklin Park, IL 60131 | | 22,453.92 | NA | NA | 0.00 |
| | Donna Harris c/o Robert Langendorf 134 N. LaSalle #1515 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Jackson Lewis LLP 1 N. Broadway White Plains, NY 10601 | | 8,930.50 | NA | NA | 0.00 |
| | Janecyk Construction 2307 W. 136th Street Blue Island, IL 60406 | | 23,400.00 | NA | NA | 0.00 |
| | LD Flooring Co. 1354 Ridge Avenue Elk Grove Village, IL 60007 | | 13,875.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nate Berkus Associates Inc 406 N. Wood Street Chicago, IL 60622 | | 30,000.00 | NA | NA | 0.00 |
| | Newport Construction 494 Congress Circle North Roselle, IL 60172 | | 51,691.00 | NA | NA | 0.00 |
| | Richard Rainis 13120 S. 85th Avenue Orland Park, IL 60462 | | 10,000.00 | NA | NA | 0.00 |
| | Schmall Associates 134 N. LaSalle Street Chicago, IL 60602 | | 3,000.00 | NA | NA | 0.00 |
| | Skitch Electrical 2585 Millennium Drive Elgin, IL 60124 | | 9,000.00 | NA | NA | 0.00 |
| | Thomas Rosenberg Esq. Ltd 1051 W. Belmont Chicago, IL 60657 | | 21,758.25 | NA | NA | 0.00 |
| | TVS Mechanical 3109 N. Cicero Avenue Chicago, IL 60641 | | 680.00 | NA | NA | 0.00 |
| 6A | ADMINISTRATIVE DISTRICT COUNCIL 1 O | 7100-000 | NA | 224,526.32 | 224,526.32 | 100,936.43 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | JACKSON LEWIS LLP | 7100-000 | NA | 9,888.18 | 9,888.18 | 4,445.26 |
| 3 | NATE BERKUS ASSOCIATES, INC | 7100-000 | NA | 30,000.00 | 30,000.00 | 13,486.58 |
| 1 | SCHMALL & ASSOCIATES | 7100-000 | NA | 2,725.00 | 2,725.00 | 1,225.03 |
| 5 | TRAVELERS CASUALTY AND SURETY COMPA | 7100-000 | NA | 668,440.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 461,860.51 | $ 935,579.50 | $ 267,139.50 | $ 120,093.30 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-09546 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | PIERPORT DEVELOPMENT & REALTY, INC. | | | | Date Filed (f) or Converted (c): | 03/12/2012 (f) |
| | | | | | 341(a) Meeting Date: | 05/07/2012 |
| For Period Ending: | 05/02/2016 | | | | Claims Bar Date: | 09/21/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. JP Morgan Chase Account 7138 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Accounts Receivable | 450.00 | 450.00 | | 0.00 | FA |
| 3. Accounts Receivable | 44,942.92 | 44,942.92 | | 0.00 | FA |
| 4. Accounts Receivable | 12,487.29 | 12,487.29 | | 0.00 | FA |
| 5. Accounts Receivable | 5,371.56 | 5,371.56 | | 0.00 | FA |
| 6. Contingent Claims | 0.00 | 0.00 | | 0.00 | FA |
| 7. Contingent Claims | 0.00 | 0.00 | | 0.00 | FA |
| 8. Contingent Claims | 0.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles - 2009 Chevolet Silverado | 25,000.00 | 0.00 | | 0.00 | FA |
| 10. Vehicles - 2010 Chevrolet Colorado | 11,000.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles - 2010 Ford F250 | 21,000.00 | 0.00 | | 0.00 | FA |
| 12. Machinery and Supplies | 0.00 | 0.00 | | 0.00 | FA |
| 13. Machinery and Supplies | 0.00 | 0.00 | | 0.00 | FA |
| 14. Other Miscellaneous | 0.00 | 0.00 | | 0.00 | FA |
| 15. PREFERENCE SETTLEMENT (u) | 0.00 | 325,000.00 | | 325,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $120,251.77 | $388,251.77 | | $325,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee awaiting final settlement payment of $25,000 due 7/18/15; upon receipt, final income tax returns will be prepared and TFR will be prepared and submitted to UST for approval

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page: 2

Case 12-09546    Doc 185    Filed 05/04/16    Entered 05/04/16 15:24:48    Desc Main
RE PROP #    15    --    PREFERENCE SETTLEMENT WITH ARENSON    Document      Page 11 of 20

Initial Projected Date of Final Report (TFR): 12/31/2014      Current Projected Date of Final Report (TFR): 12/31/2015                    Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-09546 | Trustee Name: BARRY A. CHATZ |
| Case Name: PIERPORT DEVELOPMENT & REALTY, INC. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0482 |
| | Checking |
| Taxpayer ID No: XX-XXX9247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/02/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9250 | Transfer of Funds | 9999-000 | $152,687.42 | | $152,687.42 |
| 11/24/15 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Distribution | | | $7,138.05 | $145,549.37 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($7,000.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($138.05) | 2200-000 | | | |
| 11/24/15 | 400002 | FRANKGECKER LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Distribution | | | $20,919.57 | $124,629.80 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($20,777.00) | 3210-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($142.57) | 3220-000 | | | |
| 11/24/15 | 400003 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL  60601-2207 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $2,196.50 | $122,433.30 |
| 11/24/15 | 400004 | INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>CINCINNATI, OH  4599-0039 | Final distribution representing a payment of 100.00 % per court order. | 5800-000 | | $2,340.00 | $120,093.30 |
| 11/24/15 | 400005 | SCHMALL & ASSOCIATES<br>134 N LASALLE, STE 1924<br>CHICAGO, IL  60602 | Final distribution to claim 1 representing a payment of 39.36 % per court order. | 7100-000 | | $1,072.49 | $119,020.81 |
| 11/24/15 | 400006 | JACKSON LEWIS LLP<br>1 N. BROADWAY<br>WHITE PLAINS, NY  10601 | Final distribution to claim 2 representing a payment of 39.36 % per court order. | 7100-000 | | $3,891.72 | $115,129.09 |

Page Subtotals:     $152,687.42     $37,558.33

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-09546 | Trustee Name: BARRY A. CHATZ |
| Case Name: PIERPORT DEVELOPMENT & REALTY, INC. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0482 |
| | Checking |
| Taxpayer ID No: XX-XXX9247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/02/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/24/15 | 400007 | NATE BERKUS ASSOCIATES, INC<br>CHAD W MAIN<br>MECKLER, BULGER & TILSON ET AL<br>123 N. WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 | (3-1) MODIFIED TO CORRECT CREDITOR | 7100-000 | | $11,807.17 | $103,321.92 |
| 11/24/15 | 400008 | TRAVELERS CASUALTY AND SURETY COMPA<br>HINSHAW & CULBERTSON, C/O JOHN SEBASTIAN<br>222 N. LASALLE ST., SUITE 300<br>CHICAGO, IL 60601 | (5-1) | 7100-000 | | $14,954.54 | $88,367.38 |
| 11/24/15 | 400009 | ADMINISTRATIVE DISTRICT COUNCIL 1 O<br>INT'L UNION BRICKLAYERS & CRAFTWORKERS<br>JOSIAH GROFF / DOWD, BLOCH & BENNETT<br>8 S. MICHIGAN AVENUE, 19TH FLOOR<br>CHICAGO, IL 60603 | (6-1) MODIFIED TO CORRECT | 7100-000 | | $88,367.38 | $0.00 |
| 03/01/16 | 400007 | NATE BERKUS ASSOCIATES, INC<br>CHAD W MAIN<br>MECKLER, BULGER & TILSON ET AL<br>123 N. WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 | (3-1) MODIFIED TO CORRECT CREDITOR<br>Reversal | 7100-000 | | ($11,807.17) | $11,807.17 |
| 03/01/16 | 400008 | TRAVELERS CASUALTY AND SURETY COMPA<br>HINSHAW & CULBERTSON, C/O JOHN SEBASTIAN<br>222 N. LASALLE ST., SUITE 300<br>CHICAGO, IL 60601 | (5-1) Reversal | 7100-000 | | ($14,954.54) | $26,761.71 |
| 03/10/16 | 400010 | NATE BERKUS ASSOCIATES, INC<br>CHAD W MAIN<br>MECKLER, BULGER & TILSON ET AL<br>123 N. WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 | Unsecured claim | 7100-000 | | $11,807.17 | $14,954.54 |
| 03/10/16 | 400011 | SCHMALL & ASSOCIATES<br>134 N LASALLE, STE 1924<br>CHICAGO, IL 60602 | Final distribution to claim 1 representing a payment of 44.96 % per court order. | 7100-000 | | $152.54 | $14,802.00 |

Page Subtotals: $0.00    $100,327.09

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-09546  
Case Name: PIERPORT DEVELOPMENT & REALTY, INC.  
Taxpayer ID No: XX-XXX9247  
For Period Ending: 05/02/2016  

Trustee Name: BARRY A. CHATZ  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0482  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/10/16 | 400012 | JACKSON LEWIS LLP<br>1 N. BROADWAY<br>WHITE PLAINS, NY 10601 | Final distribution to claim 2 representing a payment of 44.96 % per court order. | 7100-001 | | $553.54 | $14,248.46 |
| 03/10/16 | 400013 | NATE BERKUS ASSOCIATES, INC<br>CHAD W MAIN<br>MECKLER, BULGER & TILSON ET AL<br>123 N. WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 | (3-1) MODIFIED TO CORRECT CREDITOR | 7100-000 | | $1,679.41 | $12,569.05 |
| 03/10/16 | 400014 | ADMINISTRATIVE DISTRICT COUNCIL 1 O<br>INT'L UNION BRICKLAYERS & CRAFTWORKERS<br>JOSIAH GROFF / DOWD, BLOCH & BENNETT<br>8 S. MICHIGAN AVENUE, 19TH FLOOR<br>CHICAGO, IL 60603 | (6-1) MODIFIED TO CORRECT | 7100-000 | | $12,569.05 | $0.00 |
| 04/05/16 | 400012 | JACKSON LEWIS LLP<br>1 N. BROADWAY<br>WHITE PLAINS, NY 10601 | Final distribution to claim 2 representing a payment of 44.96 % per court order. Reversal | 7100-001 | | ($553.54) | $553.54 |
| 04/05/16 | 400015 | Clerk, U.S. Bankruptcy Court | Remit To Court | 7100-001 | | $553.54 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $152,687.42 | $152,687.42 |
| Less: Bank Transfers/CD's | $152,687.42 | $0.00 |
| Subtotal | $0.00 | $152,687.42 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $152,687.42 |

Page Subtotals: $0.00   $14,802.00

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-09546 | Trustee Name: BARRY A. CHATZ |
| Case Name: PIERPORT DEVELOPMENT & REALTY, INC. | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX8282 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/02/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/13/13 | 15 | NEAL WOLF & ASSOCIATES | Wire into account 9/6/12 | 1241-000 | $25,000.00 | | $25,000.00 |
| 02/13/13 | 15 | NEAL WOLF & ASSOCIATES, LLC | Wire transfer into account 9/13/12 | 1241-000 | $25,000.00 | | $50,000.00 |
| 02/13/13 | 15 | CHICAGO ENERGY INVESTMENTS | | 1241-000 | $150,000.00 | | $200,000.00 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | $200,000.00 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $200,000.00 | $200,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $200,000.00 |
| | Subtotal | $200,000.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $200,000.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page Subtotals: $200,000.00  $200,000.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-09546 | Trustee Name: BARRY A. CHATZ |
| Case Name: PIERPORT DEVELOPMENT & REALTY, INC. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9250 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/02/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $200,000.00 | | $200,000.00 |
| 02/21/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $169.47 | $199,830.53 |
| 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $95.89 | $199,734.64 |
| 03/26/13 | 300002 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | TRUSTEE COMPENSATION PURSUANT TO 3/26/13 COURT ORDER | | | $12,589.28 | $187,145.36 |
| | | BARRY A. CHATZ, TRUSTEE | TRUSTEE COMPENSATION  $0.00 | 2200-000 | | | |
| | | CHATZ, BARRY A. | ($12,500.00) | 2100-000 | | | |
| | | CHATZ, BARRY A. | ($89.28) | 2200-000 | | | |
| 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $293.91 | $186,851.45 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $268.82 | $186,582.63 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $277.40 | $186,305.23 |
| 06/24/13 | 300003 | FRANKGECKER LLP | ATTORNEY FOR TRUSTEE PURSUANT TO COURT ORDER ENTERED 6/21/13 $110,000.00 (FEES) $1,385.68 (EXPENSES) | 3210-000 | | $110,000.00 | $76,305.23 |
| 06/24/13 | 300004 | FRANKGECKER LLP | EXPENSES PURSUANT TO COURT ORDER ENTERED 6/21/13 $110,000 (FEES) $1,385.69 (EXPENSES) | 3220-000 | | $1,385.68 | $74,919.55 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $252.03 | $74,667.52 |
| 07/10/13 | 300005 | FRANK/GECKER LLP | ATTORNEY FOR TRUSTEE PURSUANT TO 7/8/13 COURT ORDER | 3210-000 | | $13,086.00 | $61,581.52 |

Page Subtotals: $200,000.00   $138,418.48

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-09546 | Trustee Name: | BARRY A. CHATZ |
| Case Name: PIERPORT DEVELOPMENT & REALTY, INC. | Bank Name: | The Bank of New York Mellon |
| | Account Number/CD#: | XXXXXX9250 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX9247 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 05/02/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $100.40 | $61,481.12 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $91.41 | $61,389.71 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $88.34 | $61,301.37 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $91.14 | $61,210.23 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $88.07 | $61,122.16 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $90.87 | $61,031.29 |
| 01/17/14 | 15 | CHICAGO ENERGY INVESTMENTS 1900 N. AUSTIN AVENUECHICAGO, IL 60639-5010 | PREFERENCE SETTLEMENT | 1241-000 | $50,000.00 | | $111,031.29 |
| 02/03/14 | 300006 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $91.42 | $110,939.87 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $117.11 | $110,822.76 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $148.85 | $110,673.91 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $164.54 | $110,509.37 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $159.00 | $110,350.37 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $164.06 | $110,186.31 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $158.53 | $110,027.78 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $163.59 | $109,864.19 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $163.34 | $109,700.85 |

Page Subtotals: $50,000.00 $1,880.67

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-09546 | Trustee Name: BARRY A. CHATZ |
| Case Name: PIERPORT DEVELOPMENT & REALTY, INC. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9250 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/02/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/14 | 300007 | DOWD, BLOCH, BENNETT & CERVONE CLIENT TRUST ACCOUNT C/O JOSIAH A. GROFF 8 SOUTH MICHIGAN AVE, 19TH FLOOR CHICAGO, IL 60603 | SECURED CLAIM PER 9/23/14 COURT ORDER | 4210-000 | | $30,350.00 | $79,350.85 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $157.84 | $79,193.01 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $127.94 | $79,065.07 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $113.76 | $78,951.31 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $117.37 | $78,833.94 |
| 01/23/15 | 15 | CHICAGO ENERGY INVESTMENTS 1900 N. AUSTIN AVENUE CHICAGO, IL 60639-5010 | PREFERENCE SETTLEMENT | 1241-000 | $50,000.00 | | $128,833.94 |
| 02/04/15 | 300008 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $94.72 | $128,739.22 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $129.20 | $128,610.02 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $172.79 | $128,437.23 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $190.94 | $128,246.29 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $184.52 | $128,061.77 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $190.39 | $127,871.38 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $183.96 | $127,687.42 |

Page Subtotals: $50,000.00    $32,013.43

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 12-09546 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | PIERPORT DEVELOPMENT & REALTY, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number/CD#: | XXXXXX9250 |
| | | | | Checking Account |
| Taxpayer ID No: | XX-XXX9247 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/02/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/20/15 | 15 | CHICAGO ENERGY INVESTMENTS<br>1900 N. AUSTIN AVENUE<br>CHICAGO, IL  60639-5010 | PREFERENCE SETTLEMENT | 1241-000 | $25,000.00 | | $152,687.42 |
| 08/21/15 | | Transfer to Acct # xxxxxx0482 | Transfer of Funds | 9999-000 | | $152,687.42 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $325,000.00 | $325,000.00 |
| Less: Bank Transfers/CD's | $200,000.00 | $152,687.42 |
| Subtotal | $125,000.00 | $172,312.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $125,000.00 | $172,312.58 |

Page Subtotals:   $25,000.00   $152,687.42

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0482 - Checking | $0.00 | $152,687.42 | $0.00 |
| XXXXXX8282 - Checking Account | $200,000.00 | $0.00 | $0.00 |
| XXXXXX9250 - Checking Account | $125,000.00 | $172,312.58 | $0.00 |
| | $325,000.00 | $325,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $325,000.00 |
| Total Gross Receipts: | $325,000.00 |